## (February 16, 1967)

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIE SCOTT.— Motion granted to the extent of amending the remittitur to recite the following: " Upon the appeal herein there were presented, and necessarily passed upon, questions under the Constitution of the United States, viz.: Appellant contended that his rights under the Fourth and Fourteenth Amendments to the United States Constitution were violated. The Appellate Division held that there was no violation of appellant's rights." Concur — Botein, P. J., Rabin, Steuer and Witmer, JJ.

(Republished)

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property from James Street to Other Streets in the Borough of Manhattan. GRAMERCY 20TH ST. CORP. et al., Intervenors-Appellants.— Order entered May 5, 1965, unanimously affirmed, without costs or disbursements. Decree so far as appealed from by New York Life Insurance Company, unanimously affirmed, under constraint of the so-called " Spur Case " (*Matter of the City of New York* [*Manhattan Ry. Co.*], 229 App. Div. 617, 628 [1930]; 238 App. Div. 832, affd. 265 N. Y. 170, affd. *sub nom. Roberts* v. *City of New York,* 295 U. S. 264), with $50 costs and disbursements to the respondent. Appeals of intervenors assessees appellants other than New York Life Insurance Company are dismissed on the law (Administrative Code, § B15–22.0, cf. § B15–25.0; *Matter of City of New York* [*Foster Ave.*], 119 App. Div. 491), without costs or disbursements. Order entered July 28, 1966, unanimously affirmed, without costs or disbursements. Opinion *Per Curiam* [27 A D 2d 135]. Settle order on notice. Concur — Botein, P. J., Stevens, Tilzer and McNally, JJ.